[No. 13940–1–I. Division One. July 21, 1986.]

BENJAMIN A. ALMVIG, JR., as Trustee, Appellant, v. RALPH H. RINNE, Individually and as Trustee, ET AL, Respondents.

Appeal from a judgment of the Superior Court for Whatcom County, No. 81–2–00727–5, Jack S. Kurtz, J., entered October 7, 1983. Affirmed by unpublished opinion per Holman, J. Pro Tem., concurred in by Ringold, A.C.J., and Grosse, J.

[No. 15435–4–I. Division One. July 21, 1986.]

THE STATE OF WASHINGTON, Respondent, v. ROBERT P. WILKEN, Appellant.

Appeal from a judgment of the Superior Court for Whatcom County, No. 84–1–00214–2, Marshall Forrest, J., entered August 30, 1984. Affirmed by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 13149–4–I. Division One. July 21, 1986.]

In the Matter of the Marriage of SWANI J. SORIANO, Respondent, and MILTON H. SORIANO, Appellant.

Appeal from a judgment of the Superior Court for King County, No. 79–3–04494–0, Francis E. Holman, J., entered May 11, 1983. Affirmed by unpublished opinion per Grosse, J., concurred in by Swanson and Coleman, JJ.